Certificate Number: 01095-TXN-DE-022308439

Bankruptcy Case Number: 13-70389



01095-TXN-DE-022308439

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2013, at 10:30 o'clock PM CST, Corbett Allen Swearingen completed a course on personal financial management given in person by Walter O'Cheskey, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: November 22, 2013

By: /s/Marsha Morgan

Name: Marsha Morgan

Title: financial management educator