Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

CORBETT ALLEN SWEARINGEN

CASE NO: 13-70389-HDH-13
HEARING DATE:  1/16/2014
HEARING TIME:   10:00 AM

## NOTICE OF CONTINUED HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 1/16/2014 at 10:00 AM at the following location

LIVE HEARING:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 1/16/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    12/19/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF CONTINUED HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date: 12/19/2013 /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

ALLY FINANCIAL 200 RENAISSANCE CTR DETROIT MI 48243
ALLY FINANCIAL C/O ALLY SERVICING LLC PO BOX 130424 ROSEVILLE MN 55113
ALLY FINANCIAL PAYMENT PROCESSING CENTER PO BOX 78367 PHOENIX AZ 85062
AMANDA SWANSON 2761 FM1954 HOLLIDAY TX 76366
AT&T MOBILITY PO BOX 6463 CAROL STREAM IL 60197
ATTORNEY GENERAL OF TEXAS REGION 9 BANKRUPTCY SECTION 2001 BEACH STREET SUITE 700 FORT WORTH TX 76103
ATTORNEY GENERAL OF TEXAS TEXAS CHILD SUPPORT DISBURSEMENT UNIT PO BOX 659791 SAN ANTONIO TX 78265
CAP ONE 26525 N RIVERWOODS BLVD METTAWA IL 60045
CINDY SCHENK 4245 KEMP STE 200 WICHITA FALLS TX 76308
CITI PO BOX 6241 SIOUX FALLS SD 57117
CITIBANK PO BOX 790034 ST LOUIS MO 63179
CITIBANK SD NA ATTN: CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
CLINICS OF NORTH TEXAS PO BOX 730852 DALLAS TX 75373
CORBETT ALLEN SWEARINGEN 4513 WYNNWOOD DR WICHITA FALLS TX 76308
DIRECTV LLC ATTN BANKRUPTCIES PO BOX 6550 GREENWOOD VILLAGE CO 80155
DIRECTV PO BOX 78626 PHOENIX AZ 85062
DISCOVER FIN SVCS LLC PO BOX 15316 WILMINGTON DE 19850
DISCOVER FINANCIAL SERVICES PO BOX 3025 NEW ALBANY OH 43054
EXECUTIVE SERVICES EXECUTIVE SERVICES PO BOX 2248 WICHITA FALLS TX 76307
GECRB/LOWES BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
GECRB-CARE CREDIT ATTN: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101
JUST ENERGY PO BOX 460008 HOUSTON TX 77056
KELL WEST REGIONAL HOSPITAL 5420 WEST BLVD WICHITA FALLS TX 76310
KELLI MILLER 14394 A FM 368 S WICHITA FALLS TX 76310
KTX EMERGENCY PHYSICIANS PO BOX 98596 LAS VEGAS NV 89193
NORTH TEXAS NEUROLOGY 1722 9TH STREET WICHITA FALLS TX 76301
UNION PLUS CREDIT CARD PO BOX 80027 SALINAS CA 93912
UNITED REGIONAL ATTN: BILLING DEPT 1600 11TH STREET WICHITA FALLS TX 76301
UNITED REVENUE CORP ATTN: OFFICE MANAGER 204 BILLINGS ST SUITE 120 ARLINGTON TX 76010
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4 FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE WASHINGTON DC 20530
WELLS FARGO BANK NA ATTN: BANKRUPTCY DEPT MAC#D3347-014 3476 STATEVIEW BLVD FORT MILLS SC 29715
WELLS FARGO BANK NA ONE HOME CAMPUS / MAC # X2302-04C BANKRUPTCY CASH MANAGEMENT DES MOINES IA 50328
WELLS FARGO BANK NA/WELLS FARGO HOME MTG ATTN: BANKRUPTCY DEPT MAC X7801-014 3476 STATEVIEW BLVD FORT MILL SC 29715
WELLS FARGO HM MORTGAG 8480 STAGECOACH CIR FREDERICK MD 21701
WICHITA COUNTY PO BOX 1471 WICHITA FALLS TX 76307